UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AARON JUSTIN FULK,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-3,<br><br>Defendants. | CASE NO. 3:26-cv-05864-LK-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Having reviewed the Report and Recommendation ("R&R") of the Honorable Grady J. Leupold, United States Magistrate Judge, and the remaining record, and having received no objections to the R&R, the Court finds and ORDERS:

(1) The Court ADOPTS the R&R. Dkt. No. 10.

(2) This action is **DISMISSED without prejudice** given Plaintiff's failure to file an amended complaint curing the identified deficiencies by the required deadline. *See* Dkt. No. 7.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 13th day of November, 2026.

LAUREN J. KING
United States District Judge